# United States Bankruptcy Court
# District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Tweeter Opco, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Hi-Fi Buys; Sound Advice; Tweeter etc.; Tweeter; Showcase Home Entertainment | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>26-0520385 | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>40 Pequot Way<br>Canton, MA     ZIP CODE 02021 | Street Address of Joint Debtor (No. & Street, City, State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Norfolk | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 Million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☒ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Tweeter Opco, LLC | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>See Attached Rider 1 | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

| Voluntary Petition | Name of Debtor(s): Tweeter Opco, LLC |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Mark D. Collins, Esq. (No. 2981)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
Craig M. Boucher
Printed Name of Authorized Individual
Chief Restructuring Officer
Title of Authorized Individual
11/5/08
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# RIDER 1

## Pending Bankruptcy Cases Filed by Affiliates of the Debtor: Each Concurrently Filed in the United States Bankruptcy Court for the District of Delaware

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1. Tweeter Opco, LLC
2. Tweeter Newco, LLC
3. Tweeter Tivoli, LLC
4. Tweeter Intellectual Property, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
                                                               :
TWEETER OPCO, LLC,                                             :    Case No. 08-____ ( )
                                                               :
                                                               :
         Debtor.                                               :
---------------------------------------------------------------X

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors")[1] each filed a voluntary petition in this Court on November 5, 2008 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

|   | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 1. | SONY ELECTRONICS, INC. | One Sony Drive, Park Ridge, NJ 07656 PH: 201-930-7131 FAX: 201-930-7790 | Trade | | $1,738,043.62 |

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number are: (i) Tweeter Opco, LLC (0385); (ii) Tweeter Newco, LLC (6830); (iii) Tweeter Tivoli, LLC (none); and (iv) Tweeter Intellectual Property, LLC (none). The Debtors' principal offices are located at 40 Pequot Way, Canton, MA 02021.

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 2. | SAMSUNG ELECTRONICS AMERICA GPC | 105 Challenger Rd. Ridgefield Park NJ 07660 PH: 201-229-4098 FAX: 201-229-5798 | Trade | | $865,555.38 |
| 3. | PIONEER ELECTRONICS | PO Box 93655 Chicago IL 60673 PH: 310-952-2693 FAX: 310-513-7696 | Trade | | $554,814.20 |
| 4. | PANAMAX | 1690 Corporate Circle Petaluma CA 94954 PH: 707-766-2302 FAX: 707-283-5901 | Trade | | $315,065.77 |
| 5. | ALPINE ELECTRONICS | 19145 Gramercy Place Torrance CA 90501 PH: 310-783-7328 FAX: 310-618-7147 | Trade | | $308,387.19 |
| 6. | OMNIMOUNT SYSTEMS | 8201 South 48th Street Phoenix AZ 85044 PH: 480-829-8000 FAX: 480-756-9000 | Trade | | $285,614.15 |
| 7. | PANASONIC | 5201 Tollview Road Rolling Meadows IL 60008 PH: 847-637-4280 FAX: 847-637-4536 | Trade | | $276,749.57 |
| 8. | SERVICE NET SOLUTIONS, LLC | 650 Missouri Ave. Jeffersonville IN 47130 PH: 812-258-4125 FAX: 812-258-4798 | Trade | | $275,673.54 |
| 9. | MITSUBISHI ELECTRONICS | 9351 Jeronimo Rd Irvine CA 92618 PH: 949-465-6240 FAX: 949-465-6241 | Trade | | $193,411.15 |
| 10. | MARTIN LOGAN | 2101 Delaware St. Lawrence, KS 66046 PH: Kendra 785-856-4730 FAX: 785-749-5320 | Trade | | $166,025.58 |
| 11. | RR DONNELLEY RECEIVABLES, INC. | 135 South Road 2nd Floor Bedford MA 01730 PH: 781-276-2613 FAX: 781-280-2890 | Trade | | $165,098.40 |

| | Name of Creditor and Complete Mailing Address, Including Zip Code | Name, Telephone Number, Fax Number, and Complete Mailing Address including zip code of employee, agent or department of creditor familiar with claim who may be contacted | Nature of Claim (Trade Debt, Bank Loan, Government contract) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (if secured, state value of security) |
|---|---|---|---|---|---|
| 12. | AUDIO PLUS SERVICES | 156 Lawrence Paquette IND Dr. Champlain NY 12919 PH: 800-663-9352 FAX: 866-656-0686 | Trade | | $155,291.03 |
| 13. | LES INDUSTRIES JSP INC. | 41 de L'Industries, CP90 Ste-Melanie (Quebec) Canada J0K 3A0 PH: 450-889-2229 FAX: 450-889-8253 | Trade | | $131,448.20 |
| 14. | HERMAN ELECTRONICS | 7350 N.W. 35th Terrace Miami FL 33122 PH: 305-477-0063 FAX: 305-477-8087 | Trade | | $94,978.05 |
| 15. | AUDIOQUEST | 2621 White Road Irvine CA 92614 PH: 949-585-0111 x6023 FAX: 949-585-0444 | Trade | | $87,000.57 |
| 16. | BECKER DESIGNED INC. | 14954 Bogle Drive Chantilly VA 20151 PH: 703-803-6900 x140 FAX: 703-803-9135 | Trade | | $77,864.70 |
| 17. | SONOS INC. | 223 East De La Guerra St. Santa Barbara, CA 93101 PH: 805-965-3001 x240 FAX: 805-965-3010 | Trade | | $74,827.53 |
| 18. | MARTIN FURNITURE | 2345 Brittannia Blvd. San Diego, CA 92154 PH: 866-268-5663 FAX: 619-967-5188 | Trade | | $67,670.42 |
| 19. | MCM ELECTRONICS | 650 Congress Park Drive Centerville, OH 45459 PH: 937-424-1272 FAX: 937-443-4518 | Trade | | $61,210.07 |
| 20. | LIBERTY WIRE & CABLE INC. | 11675 Ridgeline Drive Colorado Springs, CO 80921 PH: 719-388-7509 FAX: 719-487-2109 | Trade | | $54,220.99 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
: 
*In re:* : Chapter 11
:
TWEETER OPCO, LLC, : Case No. 08-____ (   )
:
:
Debtor. :
---------------------------------------------------------------X

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Craig M. Boucher, Chief Restructuring Officer of Tweeter Opco, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: November 5, 2008

_____
Name: Craig M. Boucher
Title: Chief Restructuring Officer
Tweeter Opco, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                            :
*In re:*                                    :   Chapter 11
                                            :
TWEETER OPCO, LLC,                          :   Case No. 08-____ (   )
                                            :
                                            :
          Debtor.                           :
---------------------------------------------------------------x

## CONSOLIDATED LIST OF CREDITORS

The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on November 5, 2008 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically.

[information provided in electronic format]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

*In re:*                      Chapter 11

TWEETER OPCO, LLC,      Case No. 08-_____ (   )

        Debtor.

---

## DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

I, Craig M. Boucher, Chief Restructuring Officer of Tweeter Opco, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: November 5, 2008

                                        Name: Craig M. Boucher
                                        Title: Chief Restructuring Officer
                                              Tweeter Opco, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11
                                              :
TWEETER OPCO, LLC,                            :    Case No. 08-____ (  )
                                              :
                                              :
         Debtor.                              :
---------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

| Name and Last Known Address or Place of Business of Holder | Percentage |
|---|---|
| Tweeter Newco, LLC<br>40 Pequot Way, Canton, MA 02021 | 100.00% |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                            :
*In re:*                                                    :    **Chapter 11**
                                                            :
TWEETER OPCO, LLC,                                          :    Case No. 08-____ (   )
                                                            :
                                                            :
         Debtor.                                            :
------------------------------------------------------------x

### DECLARATION CONCERNING THE DEBTOR'S LIST
### OF EQUITY SECURITY HOLDERS

I, Craig M. Boucher, Chief Restructuring Officer of Tweeter Opco, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: November 5, 2008

                                                                                                                             _____
                                                                           Name: Craig M. Boucher
                                                                           Title: Chief Restructuring Officer
                                                                                  Tweeter Opco, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
*In re:*                                                       :   Chapter 11
                                                               :
TWEETER OPCO, LLC,                                             :   Case No. 08-_____ (    )
                                                               :
                                                               :
                    Debtor.                                    :
---------------------------------------------------------------x

### TWEETER OPCO, LLC'S STATEMENT
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Tweeter Opco, LLC (the "Debtor") respectfully represents that Tweeter Newco, LLC directly owns 10% or more of any class of the Debtor's equity interests.

Dated: November 5, 2008

Respectfully submitted,

/s/ *(signature)*

Mark D. Collins (No. 2981)
Paul N. Heath (No. 3704)
Chun I. Jang (No. 4790)
Cory D. Kandestin (No. 5025)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

PROPOSED ATTORNEYS FOR DEBTOR
AND DEBTOR IN POSSESSION

RLF1-3335118-1

# Tweeter Opco, LLC

## Resolutions Approving Bankruptcy Filing and Related Matters

November 4, 2008

WHEREAS, in the judgment of the Board of Directors (as such term is defined in the Limited Liability Company Agreement of Tweeter Opco, LLC (the "Company"), effective as of July 11, 2007, entered into by Tweeter Newco, LLC, as the sole member of the Company), it is desirable and in the best interests of the Company to file a voluntary petition (the "Petition") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and the Board of Directors wishes to approve such action; and

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Company that the Company shall be, and the Company hereby is, authorized to file the Petition in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

FURTHER RESOLVED, that the law firm of Richards, Layton & Finger, P.A. shall be, and hereby is, employed as bankruptcy counsel for the Company under general retainer; and

FURTHER RESOLVED, that the advisory firm of CRG Partners Group LLC ("CRG") shall be, and hereby is, employed by the Company to perform crisis management services; and

FURTHER RESOLVED, that Craig M. Boucher of CRG shall serve as Chief Restructuring Officer of the Company ("CRO"); and

FURTHER RESOLVED, that the CRO is hereby authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify and cause to be filed the Petition, including the schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petition; and

FURTHER RESOLVED, that the CRO is hereby authorized, directed and empowered, in the name of and on behalf of the Company, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court, which shall include some or all of the following requests (i) for authority to maintain existing bank accounts, (ii) for authority to provide adequate assurance to utilities, (iii) for authority to pay employees' prepetition compensation, (iv) to limit notice to creditors and parties in interest, (v) for authority to continue insurance programs, (vi) for authority to pay sales and use taxes, and (vii) other motions that the CRO may deem necessary, proper, or desirable in connection with the Petition, with a view to the successful prosecution thereunder; and

FURTHER RESOLVED, that the CRO is hereby authorized, directed and empowered, in the name of and on behalf of the Company, (i) to take or cause to be taken any and all actions, to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (ii) to make or cause to be made all federal, state and local

governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iii) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by the CRO to be conclusive evidence of such approval; and

FURTHER RESOLVED, that the CRO is hereby authorized, directed and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of the CRO shall be necessary, proper, and desirable to prosecute to a successful completion the Company's chapter 11 case, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

FURTHER RESOLVED, that the Company is hereby authorized, directed and empowered to: (a) borrow funds from, provide guaranties to and undertake related financing transactions (collectively, the "Financing Transaction") with such lenders and on such terms as may be approved by the CRO, as reasonably necessary for the continuing conduct of the affairs of the Company; and (b) pay related fees and grant security interests in and liens upon some, all or substantially all of the Company's assets, as may be deemed necessary by the CRO in connection with such borrowings; and

FURTHER RESOLVED, that notwithstanding anything contrary in the foregoing resolutions, in the event that any action to be taken by the CRO in furtherance of the foregoing resolutions adversely affects, or if the Company is advised by its counsel that such action is reasonably likely to adversely affect, the interests of the Company in favor of the interests of any of the Company's Affiliates (as such term is defined in section 101(2) of the Bankruptcy Code), the CRO shall have no authority to take such action unless approved by the independent members of the Board of Directors; and

FURTHER RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the Company by the CRO prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

IN WITNESS WHEREOF, these resolutions have been executed by the Sole Director as of the date first set forth above.

BOARD OF DIRECTORS:

By: _____
Timothy O'Brien