# EXHIBIT A

| NAME AND ADDRESS TO WHICH DISTRIBUTION WAS MADE | OTHER KNOWN NAMES | OTHER KNOWN ADDRESS |
|---|---|---|
| Lynn Realty Trust<br>Pamela A. Harbeson, Esq.<br>101 Arch Street<br>Boston, MA 02110 | N/A | N/A |
| 5310 Kirby, LLC<br>c/o Peter Johnson<br>11 Greenway Plaza<br>Houston, TX 77046 | N/A | N/A |
| Effron & Effron<br>5013 Edgewater Drive<br>Orlando, FL 32810 | N/A | N/A |