# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>TWEETER OPCO, LLC<br><br>Debtor(s) | CASE NO. 08-12646 (MFW)<br><br>CHAPTER 7<br><br>**RE: Docket No. 1493, 1494** |

## ORDER

AND NOW, upon consideration of Trustee George L. Miller's Motion to Deposit Unclaimed Funds in the Court Registry, it is hereby:

**ORDERED**, that the Motion is GRANTED and it is further ORDERED that the funds in the amount of $15,131.36 will be deposited in the Court Registry.

BY THE COURT:

Date: 11/10/15

Honorable Mary F. Walrath
United States Bankruptcy Judge